CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>   Plaintiff,<br><br>   v.<br><br>KIKUE OTA, in individual and representative capacity as trustee of the Kikue Ota Living Trust; RESTAURANTE JUQUILA INC., a California Corporation<br><br>   Defendants. | **Case:** 2:20-cv-10886-FMO-AS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Kikue Ota, in individual and representative capacity as trustee of the Kikue Ota Living Trust and Restaurante Juquila Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 4, 2021          CENTER FOR DISABILITY ACCESS


                              By: /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff